# COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Nasradine Hisseine Hamat

153 W Paradise Drive

Westbend, WI 53095

v.

(Full name of defendant(s))

GE Vernova.Inc

58 Charles Street

Cambridge, MA 02141

Case Number:

26cv857

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of **United States of America** and resides at
   (State)

   **4115 Rosebank Drive Houston, Texas 77084**
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **GE Vernova. International**
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __United States Of America__

(State, if known)

and (if a person) resides at __Work Site Address: 76287 Rhea Ln Arlington, OR 97812__

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __GE.Vernova.Inc  Head Office Address: 58 Charles St Cambridge, MA 02141__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.      STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.      Who violated your rights;
2.      What each defendant did;
3.      When they did it;
4.      Where it happened; and
5.      Why they did it, if you know.

1-My Employers Company Violated my Employment Right by wrongfully terminate me

2- the Dan Stein site lead violated the OSHA safety rules sending me to work on turbine

he did not provide me with right Personal protection Equipement. on July 20th to 25th

prior my leave was in communication with him in person at the site regarding my time of

Bruno.K the new site Manger absent serching for place,try to call him on his Cellphone

3) - Joseph Fauls HR personnel, emailed me on July 29th saying i left the work ,no one

know where I was, same hour i respond to him with email that site lead dan aware of it

with no respond,and never communicate with me even after i reach out to him to explair

I called the Regional Manager Matthew C to Clarify he responded the plan to return to

travel back to work on Monday i said yes he Ok. on Travel day He call me and said;

Complaint – 2

as soon as your plane landed go to the rest area call me with HR personal in the phone

without any verbal, or written warning he said due to Ongoing with Essential training

and an approved time off you are separated or terminated no longer with GE Vernova

before even i reach my place, did not allow me to say word they shutdown the phone

4- termination happened that night on August 3rd 2026 @ Portland, Oregon Airport

without and prior warning or written notice, beside went to Relocate my family with me

Honorable Judge after what happened on the 29th when i received the email not from

the Site lead, the site Manager or the Regional Manager, but straight from HR,i knew

there was conspiracy theory that i did wish to be wrong about it,if they want to follow the

chain of Command; i didn't showed up to work morning of Monday the 27th ! site lead

Dan Stein should have called me,or put me on schedule,then call Bruno.K, & Matthew.C

but the communicate between each other to come with this wrongfully termination that

i left without approval witch is completely false, because my Time off was approved by

the Manager as use to be.with what going on Politics did effected so many workers that

their are immigrant,special those who their National Origine from the non entry listed

By President Trump Administration it happened to be my Country is one of this States

(Chad) even though I am Legally US Citizen,otherwise i didnt see any reason go for this

Decision with no prior Communication,violation,of wrong doing notice,there are issues

that i did face duiring my short period of employment that is clear sign of discrimination

from the Management  i witnessed and ready to prove it see the attached file please!!

Complaint – 3

## C. JURISDICTION

[■] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Honorable Judge residing my, as this point all i want,is to file my Case with Court of Law

when i decide to file my complain with US Courthouse only to seek Justice and protect

and have my right i deserve, because no body above the Law of Justice ,therefore; Iam

seeking reinstatement of my work carrier that is been damaged because of this decision

Damaged Compensation emotionally & physically, and financially,that was my income

resource,i lost my rent agreament that years i moved my family back home after i lost

my jobs, i applied for many time but didn't get hire because of the wrongful termination

I will tell the Defending that when you Hire the employee you make him went through so

many legal process to make sure he cleared to join the team, the inclution is important

hurting people after meet,& accept them work not for their origin Nationality or religion

shouldn't be an issue just because diferences not white Caucasian, or from that region

look at what you hired me for whether iam doing the work ,follow the safety & rules ?

Complaint – 4

E.   JURY DEMAND

I want a jury to hear my case.

[■] – YES          [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ____05____ day of _____05_____ 20_26_ .

Respectfully Submitted,

_____
Signature of Plaintiff
_____
Plaintiff's Telephone Number

2624507707
_____
Plaintiff's Email Address

nasserhamat@hotmail.com
_____

4115 Rosebank drive Houston, Texas 77084
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[ ]   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

[■]   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint  5

CamScanner