**Tony Byal**

**From:** InterDistrictTransfer_WIED
**Sent:** Tuesday, June 30, 2026 8:42 AM
**To:** Katina Hubacz; Tony Byal
**Subject:** FW: Transferred case has been opened

-----Original Message-----
From: ECFnotice@mad.uscourts.gov <ECFnotice@mad.uscourts.gov>
Sent: Monday, June 29, 2026 4:35 PM
To: InterDistrictTransfer_WIED <InterDistrictTransfer_WIED@wied.uscourts.gov>
Subject: Transferred case has been opened

CASE: 2:26-cv-00857

DETAILS: Case transferred from Wisconsin Eastern has been opened in District of Massachusetts as case 1:26-cv-12980, filed 06/29/2026.